TEMPLETON *v.* HANNAH.

LAMAR, J. The evidence was conflicting as to whether the credits should have been made on the account, or whether they represented payments of items not sued for ; and the verdict being warranted by the evidence, this court can not interfere with the refusal to grant a new trial.

*Judgment affirmed.* By five Justices.

Argued July 17,—Decided August 13, 1903.

Complaint. Before Judge Eve. City court of Richmond county. November 22, 1902.

*B. B. McCowen,* for plaintiff in error. *Henry S. Jones,* contra.